UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOSEPH O'KEEFFE**, *et al.*,

    **Plaintiffs,**

    v.

**CENLAR AGENCY, INC.,** a/k/a
Cenlar FSB, *et al.*,

    **Defendants.**

Case Number 2:22-cv-4070
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the Parties' Joint Motion to Vacate Court's Opinion and Order. (ECF No. 72.) The Parties "jointly move this Court for an order vacating the Opinion and Order rendered September 23, 2024 (Doc No. 44), based on the terms of the Parties' Confidential Settlement Agreement." (ECF No. 72.) They do not provide any further explanation or support for their request.

The Opinion and Order that the Parties seek to vacate granted in part and denied in part Plaintiffs' Motion for Summary Judgment and granted in part and denied in part Defendants' Motion for Summary Judgment. (ECF No. 44.) That decision was issued after extensive briefing by the Parties and careful evaluation of each Party's legal arguments by this Court. The Court declines to vacate its prior judgment. Therefore, the Court **DENIES** the Parties' (ECF No. 72) Joint Motion to Vacate Court's Opinion and Order.

This case remains closed.

    **IT IS SO ORDERED.**

**1/5/2026**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**